# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149502(47)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

JOSEPH WILLIAM MILLER,
      Defendant-Appellee.
_____/

SC: 149502
COA: 314375
Leelanau CC: 12-001777-FH

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his brief on appeal is GRANTED IN PART. The brief will be accepted as timely filed if submitted on or before February 3, 2015, not February 6, 2015, as requested.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2015



Clerk